**John Henry GALLUP, Jr., Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 31930.**

Missouri Court of Appeals,
Western District.

March 9, 1982.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied May 4, 1982.

Thomas M. Dunlap, Fulton, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before CLARK, P. J., and MANFORD and KENNEDY, JJ.

ORDER

PER CURIAM:

Appeal from a denial, after evidentiary hearing, of a motion for post-conviction relief under Rule 27.26.

Affirmed.